# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| HATWRKS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action Number 3:22-CV-00068 |
| v. | ) | Judge William L. Campbell, Jr. |
| | ) | |
| RHE HATCO, INC., | ) | Magistrate Judge Jeffery S. Frensley |
| | ) | |
| Defendant. | ) | Jury Demand |

## DEFENDANT'S MOTION TO CONTINUE
## INITIAL CASE MANAGEMENT CONFERENCE

Pursuant to Local Rule 16.01, Defendant RHE Hatco, Inc. ("Hatco") respectfully moves the Court to continue the Initial Case Management Conference currently scheduled for June 22, 2022. As grounds for this Motion, Hatco would show the Court as follows:

1. On February 1, 2022, Plaintiff HatWrks, LLC ("HatWrks") filed a Complaint against Hatco in this Court. (Docket Entry 1).

2. Hatco was served with the Summons and Complaint on February 9, 2022 (*see* Docket Entry 9).

3. The Court originally scheduled an Initial Case Management Conference for March 31, 2022. (Docket Entry 5).

4. Hatco initially moved to extend its time to respond to the Complaint to April 6, 2022, which the Court granted. (Docket Entries 16, 17). The Court then continued the Initial Case Management Conference to May 11, 2022. (Docket Entry 18).

5. Upon motion by Hatco in agreement with HatWrks, the Court subsequently extended Hatco's time to respond to the Complaint to May 6, 2022. (Docket Entries 20, 21).

6. Hatco -- in agreement with HatWrks -- again moved for an extension of time to respond to the Complaint until June 6, 2022, which the Court granted. (Docket Entries 22, 24).

7. Hatco subsequently moved for another continuance of the Initial Case Management Conference, which the Court continued to June 22, 2022. (Docket Entries 23, 25).

8. Counsel for Plaintiff HatWrks and counsel for Defendant Hatco continue to confer regarding the parties' relationship. As a result, Hatco again moved for extension of time to respond to the Complaint until July 18, 2022. (Docket Entry 26).

9. Counsel for both parties are in agreement that it is in the best interests of the parties to continue discussions about their relationship. Accordingly, Hatco requests that the Initial Case Management Conference currently scheduled for June 22, 2022 be continued to allow the parties to continue those discussions. Counsel for HatWrks does not oppose the requested relief.

For these reasons, Hatco respectfully requests a continuance of the Initial Case Management Conference currently scheduled for June 22, 2022.

Respectfully submitted,

/s/ *Lauren Patten*
Lauren Patten (Tenn. Bar No. 027457)
lauren.patten@klgates.com
Terrence M. McKelvey (Tenn. Bar No. 036531)
terrence.mckelvey@klgates.com
Kaitlin E. White (Tenn. Bar No. 037655)
kaitlin.white@klgates.com
K&L GATES LLP
501 Commerce Street, Suite 1500
Nashville, Tennessee 37203
Telephone: (615) 780-6700
Facsimile: (615) 780-6799

*Counsel for Defendant RHE Hatco, Inc.*

## CERTIFICATE OF SERVICE

       I hereby certify that on this 17th day of June, 2022, the foregoing was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to the registered participants identified on the Notice of Electronic Filings, including the following:

>Larry L. Crain
>CRAIN LAW GROUP, PLLC
>5214 Maryland Way, Suite 402
>Brentwood, Tennessee 37027

                                        /s/ *Lauren Patten*

3

Case 3:22-cv-00068    Document 27    Filed 06/17/22    Page 3 of 3 PageID #: 76