# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| HATWRKS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action Number 3:22-CV-00068 |
| v. ) | Judge William L. Campbell, Jr. |
| ) | |
| RHE HATCO, INC., ) | Magistrate Judge Jeffery S. Frensley |
| ) | |
| Defendant. ) | Jury Demand |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff HatWrks, LLC ("HatWrks") and Defendant RHE Hatco, Inc. ("Hatco"), by and through undersigned counsel, hereby stipulate and agree that all claims between them in the above-captioned lawsuit have been compromised and settled. Accordingly, Plaintiff HatWrks and Defendant Hatco hereby stipulate that all claims should be dismissed with prejudice, thereby leaving no remaining claims in this matter. Plaintiff HatWrks and Defendant Hatco respectfully request that the Court enter an order dismissing this case with prejudice in its entirety.

Each party will bear responsibility for its own costs and attorneys' fees.

Respectfully submitted,

/s/ *Larry L. Crain*
Larry L. Crain (Tenn. Bar No. 009040)
Larry@crainlaw.legal
CRAIN LAW GROUP, PLLC
5214 Maryland Way, Suite 402
Brentwood, Tennessee 37027
Telephone: (615) 376-2600
Facsimile: (615) 345-6009

*Counsel for the Plaintiff HatWrks, LLC*

/s/ *Lauren Patten*
Lauren Patten (Tenn. Bar No. 027457)
lauren.patten@klgates.com
Terrence M. McKelvey (Tenn. Bar No. 036531)
terrence.mckelvey@klgates.com
Kaitlin E. White (Tenn. Bar No. 037655)
kaitlin.white@klgates.com
K&L GATES LLP
501 Commerce Street, Suite 1500
Nashville, Tennessee 37203
Telephone: (615) 780-6700
Facsimile: (615) 780-6799

*Counsel for Defendant RHE Hatco, Inc.*

## CERTIFICATE OF SERVICE

     I hereby certify that on this 16th day of August, 2022, the foregoing was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to the registered participants identified on the Notice of Electronic Filings, including the following:

> Larry L. Crain
> CRAIN LAW GROUP, PLLC
> 5214 Maryland Way, Suite 402
> Brentwood, Tennessee 37027

/s/ *Lauren Patten*