**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **HATWRKS, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action Number 3:22-CV-00068** |
| **v.** | ) | **Judge William L. Campbell, Jr.** |
| | ) | |
| **RHE HATCO, INC.,** | ) | **Magistrate Judge Jeffery S. Frensley** |
| | ) | |
| **Defendant.** | ) | **Jury Demand** |

## [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff HatWrks, LLC and Defendant RHE Hatco, Inc. have filed a Joint Stipulation of Dismissal with Prejudice. The Court having considered the Stipulation is of the opinion that the above-captioned matter should be dismissed with prejudice.

Accordingly, this action is **DISMISSED WITH PREJUDICE** in its entirety, each party to bear its own costs.

IT IS SO ORDERED.

_____
JUDGE WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE